## L. C. Mayes v. The State.

1. An indictment for unlawfully branding a steer charged that the animal was the property of Joseph R., whereas the evidence proved that it belonged to Napoleon R. *Held*, that the variance is fatal, and the conviction is set aside and cause dismissed.

Appeal from Hays. Tried below before the Hon. J. J. Thornton.

The only material fact is stated in the opinion.

No briefs for either side.

WALKER, J.—In this case the indictment charges the appellant with branding a steer, contrary to the statute in such cases made and provided, it being the property of Joseph F. Rowley. The evidence shows that the steer belonged to Napoleon B. Rowley.

The variance is fatal. The judgment of the district court is reversed and the cause dismissed.

Reversed and dismissed.